IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00993-WJM-BNB

MEMORYTEN, INC., a California corporation,

Plaintiff,

v.

LV ADMINISTRATIVE SERVICES, INC., a Delaware corporation,
LAURUS MASTER FUND, LTD., a Cayman Islands corporation,
LAURUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company,
VALENS CAPITAL MANAGEMENT, LLC, a New York limited liability company,
VALENS INVESTMENT ADVISORS, L.P., a Delaware limited partnership, and
SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Leave to Conduct Discovery Limited to the Issue of Personal Jurisdiction** [Doc. # 32, filed 7/2/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion [Doc. # 32] is DENIED as moot and unnecessary;

(2)  The plaintiff may conduct the requested discovery pursuant to the Scheduling Order and, in particular, may inquire into matters concerning the personal jurisdiction issue, which are relevant in view of the LV Defendants' Motion to Dismiss [Doc. # 18] and notwithstanding the filing of a response to that motion by the plaintiff; and

(3)  The plaintiff shall supplement its response to the LV Defendants' Motion to Dismiss, if at all, on or before **October 15, 2012**.

Dated August 3, 2012.

                                               BY THE COURT:

                                               /s/ Boyd N. Boland
                                               United States Magistrate Judge