IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-0993-WJM-BNB | Date: November 14, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MEMORYTEN, INC<br>**Plaintiff(s)** | *Jeffrey G. Jacobs* |
| v. | |
| LV ADMINISTRATIVE SERVICES, INC<br>LAURUS MASTER FUND, LTD<br>LAURUS CAPITAL MANAGEMENT, LLC<br>VALENS CAPITAL MANAGEMENT, LLC<br>VALENS INVESTMENT ADVISORS, LP<br>SLICON MOUNTAIN HOLDINGS, INC<br>**Defendant(s)** | *Peter G. Koclanes* |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 8:28 a.m. Appearance of counsel.

Argument presented on [62] Motion to Compel Discovery Responses and Production of Documents and Request for Sanctions Pursuant to FED. R. CIV. P. 37.

**ORDERED:** **[62] Motion to Compel Discovery Responses and Production of Documents and Request for Sanctions Pursuant to FED. R. CIV. P. 37 is GRANTED.**

**Plaintiff, its officers, and outside counsel are to meet and conduct an adequate search and identification of responsive documents. Plaintiff is to produce documents on or before December 3, 2012.**

**Memoryten, Mr. Olsen, and Mr. Jacobs are to submit affidavits in regards to the search of documents on or before December 3, 2012.**

**The Court reserves ruling on sanctions at this time.**

Court in Recess: 9:32 a.m.     Hearing concluded.     Total time in Court: 01:04