IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-0993-WJM-BNB

MEMORYTEN, INC., a California corporation

    Plaintiff,

v.

LV ADMINISTRATIVE SERVICES, INC., a Delaware corporation,
LAURUS MASTER FUND, LTD., a Cayman Island corporation,
LAURUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company,
VALENS CAPITAL MANAGEMENT, LLC, a New York limited liability company,
VALENS INVESTMENT ADVISERS, L.P., a Delaware limited liability partnership,
SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation,

    Defendants.

---

**ORDER GRANTING COUNTERCLAIMANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENT TO COUNTERCLAIMANTS' RESPONSE IN OPPOSITION TO COUNTERCLAIM-DEFENDANTS' MOTION TO DISMISS**

---

This matter is before the Court on the Counterclaimants' Unopposed Motion for Leave to file Supplement to Counterclaimants' Response in Opposition to Counterclaim-Defendants' Motion to Dismiss, filed November 27, 2012 (ECF No. 83). The Court having reviewed the Motion hereby ORDERS as follows:

The Counterclaimants' Unopposed Motion is GRANTED for good cause shown. Counterclaimants' proposed Supplement to Counterclaimants' Response in Opposition to Counterclaim-Defendants' Motion to Dismiss is ACCEPTED as filed (ECF No. 83-1) and is deemed part of the record.

Dated this 29th day of November, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge