IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00993-WJM-BNB

MEMORYTEN, INC., a California corporation,

Plaintiff,

v.

LV ADMINISTRATIVE SERVICES, INC., a Delaware corporation,
LAURUS MASTER FUND, LTD., a Cayman Islands corporation,
LAURUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company,
VALENS CAPITAL MANAGEMENT, LLC, a New York limited liability company,
VALENS INVESTMENT ADVISORS, L.P., a Delaware limited partnership, and
SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff Memoryten, Inc.'s Motion for Leave to File a First Amended Complaint** [Doc. # 81, filed 11/27/2012] (the "Motion to Amend").  I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 81] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing Plaintiff Memoryten, Inc.'s First Amended Complaint [Doc. # 81-1].

Dated December 20, 2012.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge