IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-0993-WJM-BNB | Date: | February 1, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MEMORYTEN, INC  **Plaintiff(s)** | Jeffrey G. Jacobs |
| v. | |
| LV ADMINISTRATIVE SERVICES, INC<br>LAURUS MASTER FUND, LTD<br>LAURUS CAPITAL MANAGEMENT, LLC<br>VALENS CAPITAL MANAGEMENT, LLC<br>VALENS INVESTMENT ADVISORS, LP<br>SLICON MOUNTAIN HOLDINGS, INC  **Defendant(s)** | Peter G. Koclanes |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 1:31 p.m.   Appearance of counsel.

Argument presented on [92] The Laurus Parties' Motion to Strike Memoryten Inc.'s Expert Disclosures and [94] LV Defendants' Renewed Request for Sanctions Pursuant to Fed R.Civ.P. 37.

**ORDERED:**   **[92] The Laurus Parties' Motion to Strike Memoryten Inc.'s Expert Disclosures is DENIED.  Status report to be filed by February 15, 2013 and is to  include whether or not the added defendants are going to participate, added defendant's counsel name, and proposed amended scheduling order.**

**[94] LV Defendants' Renewed Request for Sanctions Pursuant to Fed. R. Civ. P. 37 is TAKEN UNDER ADVISEMENT, written order to issue.**

Discussion held on Motion to Amend Counterclaims.

Court in Recess:  2:30 p.m.    Hearing concluded.    Total time in Court:  00:59

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119