IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00993-WJM-BNB

MEMORYTEN, INC., a California corporation,

Plaintiff,

v.

LV ADMINISTRATIVE SERVICES, INC., a Delaware corporation,
LAURUS MASTER FUND, LTD., a Cayman Islands corporation,
LAURUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company,
VALENS CAPITAL MANAGEMENT, LLC, a New York limited liability company,
VALENS INVESTMENT ADVISORS, L.P., a Delaware limited partnership,
WAY TECHNOLOGY, LLC,
SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation, and
SILICON MOUNTAIN MEMORY,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Unopposed Motion for Leave to File a Second Amended Complaint** [Doc. # 116, filed 2/15/2013] (the "Motion to Amend"). It appears that the amendment in intended solely to substitute Way Tech LLC for Way Technology LLC, but the proposed Second Amended Complaint is not attached to the Motion to Amend. I will not consider a motion to amend unless the proposed amended pleading is attached as an exhibit.

IT IS ORDERED that the Motion to Amend [Doc. # 116] is DENIED without prejudice, to be renewed by a substituted motion which includes the proposed Second Amended Complaint as an exhibit.

Dated February 20, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge