IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00993-WJM-BNB

MEMORYTEN, INC., a California corporation,

Plaintiff,

v.

LV ADMINISTRATIVE SERVICES, INC., a Delaware corporation;
LAURUS MASTER FUND, LTD., a Cayman Islands corporation;
LAURUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company;
VALENS CAPITAL MANAGEMENT, LLC, a New York limited liability company;
VALENS INVESTMENT ADVISORS, L.P., a Delaware limited partnership;
WAYTECH, LLC, a Missouri limited liability company;
SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation; and
SILICON MOUNTAIN MEMORY,

Defendants,

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


    IT IS ORDERED:

    (1)    Plaintiff's **Unopposed Motion for Leave to File a Second Amended Complaint** [Doc. # 120, filed 2/25/2013] is GRANTED;

    (2)    The Clerk of the Court is directed to accept for filing Plaintiff Memoryten, Inc.'s Second Amended Complaint [Doc. # 120-1]; and

    (3)    The case caption is modified as indicated above.


DATED:  March 5, 2013