IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00993-WJM-BNB

MEMORYTEN, INC., a California corporation,

Plaintiff,

v.

SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation,
SILICON MOUNTAIN MEMORY, a Missouri limited liability company, and
WAYTECH, LLC, a Missouri limited liability company

Defendants,

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Withdrawal and Substitution of Counsel** [docket no. 173, filed January 2, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. Lynda L. Atkins is granted leave to withdraw from the representation of LV Administrative Services, Inc., Laurus Master Fund, Ltd., Laurus Capital Management, LLC, Valens Capital Management, LLC, Valens Investment Advisers, L.P., Valens U.S. SPV I, LLC, Valens Offshore SPV I, Ltd., and Psource Structured Debt Limited and is to be removed from the electronic service.

DATED:  January 2, 2014